IN THE MATTER OF THE ESTATE OF NORMAN HENRY
GARDINIER, DECEASED.

See same case below: 74 *N. J. Super.* 217.

*Mr. Robert C. Gruhin* for the petitioner.

*Messrs. Stevenson & Willette* and *Mr. Donald L. Berlin,*
for the respondent.

September 17, 1962. Granted.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v.
WILLIAM P. MORTON, DEFENDANT-RESPONDENT.

See same case below: 74 *N. J. Super.* 528.

*Mr. Frank C. Scerbo* and *Mr. Bertram Polow* for the
petitioner.

*Mr. Aaron Dines* for the respondent.

September 17, 1962. Granted.